FILED: April 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4220
_____

UNITED STATES OF AMERICA,

　　　　Plaintiff – Appellee,

v.

WILLIAM WELLINGTON HOOPER, JR.,

　　　　Defendant – Appellant.

_____

O R D E R
_____

The Court amends its opinion filed on April 21, 2022, as follows:

On the cover page, the lower court information is corrected to read "Appeal from

the United States District Court for the Eastern District of Virginia, at Newport News."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk